UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIM YANCEY,

        Plaintiff,

-against-

OVERTIME 1ST AVENUE CORP. d/b/a PRIME ONE 16
and HONG KAI LIN REALTY LLC,

        Defendants.

---

Case No. 18 CV 8829

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41 (a)(1)(A)(i)

    Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, and her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against defendant OVERTIME 1ST AVENUE CORP., without prejudice, and without costs.

Dated: February 7, 2019

                          Donald J. Weiss, Esq. (7619)
                          Attorney for Plaintiff
                          363 Seventh Avenue, 4th Floor
                          New York, New York 10001
                          212-967-4440